# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154476

AUDREY TROWELL,
          Plaintiff-Appellee,

v

PROVIDENCE HOSPITAL AND
MEDICAL CENTERS, INC.,
          Defendant-Appellant.

SC: 154476
COA: 327525
Oakland CC: 2014-141798-NO

_____/

       On order of the Court, the application for leave to appeal the August 16, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the claims in the plaintiff's complaint sound in ordinary negligence or medical malpractice, *Bryant v Oakpointe Villa Nursing Centre, Inc*, 471 Mich 411 (2004). The parties should not submit mere restatements of their application papers.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2017



d0329

Clerk